# Third District Court of Appeal

**State of Florida**

Opinion filed October 10, 2018.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D17-0866
Lower Tribunal No. 88-32334

————————

**Cameron D. Bacchus,**
Petitioner,

vs.

**Julie L. Jones, etc., et al.,**
Respondents.

A Case of Original Jurisdiction – Habeas Corpus.

Cameron D. Bacchus, in proper person.

Pamela Jo Bondi, Attorney General and Natalia Costea, Assistant Attorney General, for respondent The State of Florida.

Before LAGOA, SCALES, and LUCK, JJ.

PER CURIAM.

*ON ORDER TO SHOW CAUSE*

On July 18, 2018, this Court denied Petitioner Cameron D. Bacchus's ("Petitioner") petition for a writ of habeas corpus. Petitioner was ordered, within

thirty days from the denial of the petition, to show cause why he should not be prohibited from filing further pro se pleadings unless such pleadings were signed by a member of the Florida Bar. Petitioner responded to the order to show cause, and this Court has reviewed Petitioner's response. Having provided Petitioner notice and an opportunity to respond to the order to show cause, Petitioner is now prohibited from filing any further appeals, petitions, motions, or pleadings challenging his conviction and sentence in Eleventh Judicial Circuit case number 88-32334. See State v. Spencer, 751 So. 2d 47, 48 (Fla. 1999). The Clerk of the Third District Court of Appeal is directed to refuse to accept any further papers relating to lower case number 88-32334 unless they have been reviewed and signed by an attorney who is a duly licensed member of the Florida Bar in good standing. See Whipple v. State, 112 So. 3d 540, 540-41 (Fla. 3d DCA 2013). We further caution Petitioner "that a prisoner who is found by a court to have brought a frivolous suit, action, claim, proceeding, or appeal in any court is subject to having his gain-time forfeited." Id. at 541.